■ In the Matter of JOHN M. LESINSKI, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of HARVEY S. MINTON, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of ANN K. MOCEYUNAS, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of EMILY R. MORROW, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of PAUL T. MURRAY, an Attorney, Resignor. [672 NYS2d 277] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of MARY LOU NEWBERGER, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of TOBIN G. NILSEN, an Attorney, Resignor. [672 NYS2d 278] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)